| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: eholdren@hillwallack.com<br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-6, Mortgage Pass-Through Certificates, Series 2007-6* | Order Filed on March 26, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Florence M. Churchill<br><br>         Debtor. | Case No. 19-28718-JNP<br><br>Chapter 13 |

## ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: March 26, 2020**

*/s/ Jerrold N. Poslusny, Jr.*
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

{07688774; 1}

Page | 2
Debtor: Florence M. Churchill
Case No: 19-28718 (JNP)
Caption: Order Resolving Motion to Vacate Stay

___

| | |
|---|---|
| Applicant: | NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-6 Mortgage Pass-Through Certificates, Series 2007-6 ("Secured Creditor") |
| Applicant's Counsel: | Hill Wallack LLP |
| Debtor's Counsel: | Georgette Miller, Esq. |
| Property Involved ("Collateral"): | 320 Byron Court, Sicklerville, NJ 08081 |

Relief sought:

✓ Motion for relief from the automatic stay
   Motion to dismiss
   Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtors are overdue for 3 months, from 11/01/2019 to 01/01/2020 in the amount of $1,028.69 per month less suspense of ($0.00) for a total due of $3,086.07.

   - Applicant acknowledges receipt of funds in the amount of $3,160.18 after the Motion for Relief was filed.

   Total Arrearages Due $0.00

2. Debtor must maintain all post-petition mortgage payments:

   - February's payment in the amount of $1,028.69 was received on 3/3/2020.
   - March's payment in the amount of $1,028.69 shall be made by March 31, 2020.
   - Beginning on April 1, 2020, regular monthly mortgage payments shall continue to be made, currently in the amount of $1,028.69.

{07688774; 1}

Page | 3
Debtor: Florence M. Churchill
Case No: 19-28718 (JNP)
Caption: Order Resolving Motion to Vacate Stay

___

3. Payments to the Secured Creditor shall be made to the following address(es):

   ✓ Regular monthly payment:    NewRez LLC d/b/a Shellpoint Mortgage Servicing
                                  P.O. Box 10826
                                  Greenville, SC 29603-0826

   ✓ Monthly cure payment:       NewRez LLC d/b/a Shellpoint Mortgage Servicing
                                  P.O. Box 10826
                                  Greenville, SC 29603-0826

4. In the event of Default:

If the Debtor fails to make regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

5. Award of Attorneys' Fees:

   ✓ The Applicant is awarded attorney's fees of $500.00, and costs of $181.00. The fees and costs are payable through the Chapter 13 plan.