**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**
Elizabeth K. Holdren, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: eholdren@hillwallack.com
*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for*
*The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-6, Mortgage Pass-Through Certificates, Series 2007-6*

Order Filed on March 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Florence M. Churchill

        Debtor.

Case No. 19-28718-JNP

Chapter 13

## ORDER RESOLVING MOTION TO VACATE STAY

    The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: March 26, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

{07688774; 1}

Page | 2
Debtor: Florence M. Churchill
Case No: 19-28718 (JNP)
Caption: Order Resolving Motion to Vacate Stay

---

| | |
|---|---|
| Applicant: | NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-6 Mortgage Pass-Through Certificates, Series 2007-6 ("Secured Creditor") |
| Applicant's Counsel: | Hill Wallack LLP |
| Debtor's Counsel: | Georgette Miller, Esq. |
| Property Involved ("Collateral"): | 320 Byron Court, Sicklerville, NJ 08081 |

Relief sought:

   ✓    Motion for relief from the automatic stay
        Motion to dismiss
        Motion for prospective relief to prevent imposition of automatic stay
        against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtors are overdue for 3 months, from 11/01/2019 to 01/01/2020 in the amount of $1,028.69 per month less suspense of ($0.00) for a total due of $3,086.07.

   - Applicant acknowledges receipt of funds in the amount of $3,160.18 after the Motion for Relief was filed.

   Total Arrearages Due $0.00

2. Debtor must maintain all post-petition mortgage payments:

   - February's payment in the amount of $1,028.69 was received on 3/3/2020.
   - March's payment in the amount of $1,028.69 shall be made by March 31, 2020.
   - Beginning on April 1, 2020, regular monthly mortgage payments shall continue to be made, currently in the amount of $1,028.69.

Page | 3
Debtor: Florence M. Churchill
Case No: 19-28718 (JNP)
Caption: Order Resolving Motion to Vacate Stay

___

3. Payments to the Secured Creditor shall be made to the following address(es):

   ✓ Regular monthly payment:    NewRez LLC d/b/a Shellpoint Mortgage Servicing
                                 P.O. Box 10826
                                 Greenville, SC 29603-0826

   ✓ Monthly cure payment:       NewRez LLC d/b/a Shellpoint Mortgage Servicing
                                 P.O. Box 10826
                                 Greenville, SC 29603-0826

4. In the event of Default:

If the Debtor fails to make regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

5. Award of Attorneys' Fees:

   ✓ The Applicant is awarded attorney's fees of $500.00, and costs of $181.00. The fees and costs are payable through the Chapter 13 plan.

{07688774; 1}

```
                        United States Bankruptcy Court
                             District of New Jersey
```

```
In re:                                                      Case No. 19-28718-JNP
Florence M Churchill                                        Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin             Page 1 of 1           Date Rcvd: Mar 26, 2020
                              Form ID: pdf903         Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2020.
db             +Florence M Churchill,    320 Byron Court,    Sicklerville, NJ 08081-1122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as
               servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the
               Certificateholders of CWALT, Inc., Alternative Loan Trust 2007- eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Georgette  Miller    on behalf of Debtor Florence M Churchill info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@no
               tify.bestcase.com;GNonnenberg@georgettemillerlaw.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing, LLC
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```