Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                         Case No.: 19−28718−JNP
                         Chapter: 13
                         Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Florence M Churchill
   320 Byron Court
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−3220

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               10/7/20
Time:              09:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 21, 2020
JAN: kvr

                                                   Jeanne Naughton
                                                   Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 19-28718-JNP
Florence M Churchill                                            Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin             Page 1 of 2           Date Rcvd: Aug 21, 2020
                              Form ID: 132            Total Noticed: 40
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2020.
```
db            +Florence M Churchill,    320 Byron Court,    Sicklerville, NJ 08081-1122
518599027     +Apex Bank,    430 Montbrook Lane , Suite 207-208,    Knoxvillle TN 37919-2705
518491193      Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
518491194     +Bk Of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
518491196     +City of Pennsylvania,    Parking Violations Branch,    P.O. Box 41818,
               Philadelphia, PA 19101-1818
518491195     +City of Pennsylvania,    Parking Violations Branch,    P.O. Box 56048,
               Philadelphia, PA 19130-6048
518491215     +Eisner and Fowler,    76 Euclid Ave,    Suite 101,    Haddonfield, NJ 08033-2334
518567207     +Elizabeth K. Holdren, Esq.,    Hill Wallack, LLP,    21 Roszel Road,    P.O. Box 5226,
               Princeton, NJ 08543-5226
518491217     +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
518491220     +Housing and Urban Development,    c/o C&L Service Corp.,    2488 E. 81st St, Suite #700,
               Tulsa, OK 74137-4267
518491221     +Media Members Federal Credit Union,    801 Market Street,    Philadelphia, PA 19107-3126
518592622      NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, S.C. 29603-0826
518491222     +PA Department of Revenue,    Bureau of Compliance,    Lien Section,    Harrisburg, PA 17128-0001
518579534     +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
518565321     +Philadelphia Gas Works,    800 W. Montgomery Ave,    Philadelphia PA 19122-2898
518491224     +Philadelphia Water Department,    7505 N. 21st Street,    Philadelphia, PA 19138-2210
518491225     +Philadelphia Water Department,    8535 Michener Avenue,    Philadelphia, PA 19150-1601
518491226     +Pnc Bank,    103 Bellevue Pkwy,    Wilmington, DE 19809-3701
518491227     +Receivable Management Corp,    400 West Cummings Park, Ste #4450,    Woburn, MA 01801-6594
518491228     +Shellpoint,    75 Beattie Pl Ste 300,    Greenville, SC 29601-2138
518491229     +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
518575311     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
518512750     +Square Capital,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 19253,
               Minneapolis, MN 55419-0253
518491230     +Square Capital, LLC,    1425 Market Street, Suite 600,    San Francisco, CA 94103-1308
518491231     +Sun National Bank,    226 Landis Av,    Vineland, NJ 08360-8142
518491232     +Sunrise Credit Services,    260 Airport Plaza-Po Box 9100,    Farmingdale, NY 11735-9100
518491234    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
               Frederick, MD 21701)
518491235     +Westgate Vacation Villas Owners Assoc.,    2801 Old Winter Gardens Road,    Ocoee, FL 34761-2965
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 22 2020 00:56:33      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 22 2020 00:56:29      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518491192     +E-mail/Text: account.services@apexbank.com Aug 22 2020 00:57:24      Apex Bank,    PO Box 549,
               Camden, TN 38320-0549
518523634      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 22 2020 01:05:33      CACH, LLC,
               c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518491203     +E-mail/Text: bankruptcy@philapark.org Aug 22 2020 00:57:22      City of Philadelephia,
               PO Box 41818,    Philadelphia, PA 19101-1818
518491204     +E-mail/Text: bankruptcy@philapark.org Aug 22 2020 00:57:22      City of Philadelphia,
               Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
518491209     +E-mail/PDF: pa_dc_ed@navient.com Aug 22 2020 01:06:45      Dept Of Ed/navient,    Po Box 9635,
               Wilkes Barre, PA 18773-9635
518504152     +E-mail/Text: bankruptcy@philapark.org Aug 22 2020 00:57:22      Philadelphia Parking Authority,
               701 Market St,    Suite 5400,    Philadelphia PA 19106-2895
518491223     +E-mail/Text: bankruptcy@philapark.org Aug 22 2020 00:57:22      Philadelphia Parking Authority,
               3101 Market Street,    Philadelphia, PA 19104-2806
518491233     +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2020 01:06:34      Syncb/care Credit,
               C/o Po Box 965036,    Orlando, FL 32896-0001
518493535     +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2020 01:04:04      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518516214     +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov Aug 22 2020 01:06:39      US Department of HUD,
               451 7th Street SW,    Washington DC 20410-0001
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518491214       Economic Opportuniti
518491216       Enterprise Center Capi
```

```
District/off: 0312-1           User: admin              Page 2 of 2             Date Rcvd: Aug 21, 2020
                               Form ID: 132             Total Noticed: 40

518491197*      +City of Pennsylvania,   Parking Violations Branch,   P.O. Box 41818,
                  Philadelphia, PA 19101-1818
518491198*      +City of Pennsylvania,   Parking Violations Branch,   P.O. Box 41818,
                  Philadelphia, PA 19101-1818
518491199*      +City of Pennsylvania,   Parking Violations Branch,   P.O. Box 41818,
                  Philadelphia, PA 19101-1818
518491200*      +City of Pennsylvania,   Parking Violations Branch,   P.O. Box 41818,
                  Philadelphia, PA 19101-1818
518491201*      +City of Pennsylvania,   Parking Violations Branch,   P.O. Box 41818,
                  Philadelphia, PA 19101-1818
518491202*      +City of Pennsylvania,   Parking Violations Branch,   P.O. Box 41818,
                  Philadelphia, PA 19101-1818
518491205*      +City of Philadelphia,   Parking Violations Branch,   PO Box 41819,
                  Philadelphia, PA 19101-1819
518491206*      +City of Philadelphia,   Parking Violations Branch,   PO Box 41819,
                  Philadelphia, PA 19101-1819
518491207*      +City of Philadelphia,   Parking Violations Branch,   PO Box 41819,
                  Philadelphia, PA 19101-1819
518491208*      +City of Philadelphia,   Parking Violations Branch,   PO Box 41819,
                  Philadelphia, PA 19101-1819
518491210*      +Dept Of Ed/navient,   Po Box 9635,    Wilkes Barre, PA 18773-9635
518491211*      +Dept Of Ed/navient,   Po Box 9635,    Wilkes Barre, PA 18773-9635
518491212*      +Dept Of Ed/navient,   Po Box 9635,    Wilkes Barre, PA 18773-9635
518491213*      +Dept Of Ed/navient,   Po Box 9635,    Wilkes Barre, PA 18773-9635
518491218*      +Financial Recoveries,   200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
518491219*      +Financial Recoveries,   200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
                                                                              TOTALS: 2, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as
           servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the
           Certificateholders of CWALT, Inc., Alternative Loan Trust 2007- eholdren@hillwallack.com,
           jhanley@hillwallack.com;hwbknj@hillwallack.com
          Georgette Miller    on behalf of Debtor Florence M Churchill bky@margolisedelstein.com,
           georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@no
           tify.bestcase.com;GNonnenberg@margolisedelstein.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing, LLC
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 8
```