**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security          **0** Assumption of Executory Contract or Unexpired Lease          **0** Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:  **Florence M. Churchill**

Case No.: **19-28718**

Judge: **Jerrold N. Poslusny, Jr.**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original          ■ Modified/Notice Required          Date: **August 13, 2020**
☐ Motions Included     ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

■ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ■ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ■ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

Initial Debtor(s)' Attorney **GAM**     Initial Debtor: **FMC**     Initial Co-Debtor _____

## Part 1: Payment and Length of Plan

a. The debtor shall pay **275.00 Monthly*** to the Chapter 13 Trustee, starting on **November 1, 2019** for approximately **60** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ■ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection        **X** NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Georgette Miller, Esq.** | **Attorney Fees** | **4,060.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
  Check one:
  ■ None
  ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim

pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Shellpoint | 320 Byron Court Sicklerville, NJ 08081 Gloucester County Primary Residence | 5,000.00 | 0.00 | 5,000.00 | 1,130.00 |
| Specialized Loan Servi | 8535 Michener Ave Philadelphia, PA 19150 Philadelphia County | 4,046.13 | 0.00 | 4,046.13 | 700.00 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Apex Bank | 7505 N. 21st Street Philadelphia, PA 19138 Philadelphia County | 2,000.00 | 0.00 | 2,000.00 | 700.00 |

### c. Secured claims excluded from 11 U.S.C. 506: ■ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ■ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES**

**the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender ☐ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Westgate Resorts** | **Westgate Villas XXIII Surrender** | 0.00 | 9,402.37 |

**f. Secured Claims Unaffected by the Plan ☐ NONE**

The following secured claims are unaffected by the Plan:

<u>Creditor</u>
**Bank of America**
**Housing and Urban Development**
**Pnc Bank**

**g. Secured Claims to be Paid in Full Through the Plan ☐ NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **Specialized Loan Servicing** | **8535 Michener Ave Philadelphia, PA 19150  Philadelphia County** | 0.00 |

## Part 5:  Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
- ■ Not less than $ __52,887.82__ to be distributed *pro rata*
- ☐ Not less than ___ percent
- ☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6:  Executory Contracts and Unexpired Leases    X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

## Part 7: Motions    ☒ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ■ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ■ NONE

    The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ■ NONE

    The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

## Part 8: Other Plan Provisions

    a. **Vesting of Property of the Estate**
        ■ Upon Confirmation
        ☐ Upon Discharge

    b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

5

1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

### d. Post-Petition Claims

The Standing Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ■ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: **December 17, 2019**.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **unexempt equity remained in property and post-petition mortgage arrears were required to put into the plan (Consent Order).** | **address the unexempt equity and wrapped the post-petition mortgage payments into the Plan.** |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ■ Yes    ☐ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
■ Explain here:
**\*This plan is a step plan or has lumpsum payments as follows: $275.00 per month for 10 months, then $1,501.00 per month for 50 months**

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **August 13, 2020**    /s/ **Florence M. Churchill**
**Florence M. Churchill**
Debtor

Date:    
Joint Debtor

Date **August 13, 2020**    /s/ **Georgette Miller, Esq.**
**Georgette Miller, Esq.**
Attorney for the Debtor(s)

6

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-28718-JNP
Florence M Churchill                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 2             Date Rcvd: Aug 21, 2020
                                Form ID: pdf901          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2020.
```
db             +Florence M Churchill,    320 Byron Court,    Sicklerville, NJ 08081-1122
518599027      +Apex Bank,    430 Montbrook Lane , Suite 207-208,    Knoxvillle TN 37919-2705
518491193       Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
518491194      +Bk Of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
518491196      +City of Pennsylvania,    Parking Violations Branch,    P.O. Box 41818,
                 Philadelphia, PA 19101-1818
518491195      +City of Pennsylvania,    Parking Violations Branch,    P.O. Box 56048,
                 Philadelphia, PA 19130-6048
518491215      +Eisner and Fowler,    76 Euclid Ave,    Suite 101,    Haddonfield, NJ 08033-2334
518567207      +Elizabeth K. Holdren, Esq.,    Hill Wallack, LLP,    21 Roszel Road,    P.O. Box 5226,
                 Princeton, NJ 08543-5226
518491217      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
518491220      +Housing and Urban Development,    c/o C&L Service Corp.,    2488 E. 81st St, Suite #700,
                 Tulsa, OK 74137-4267
518491221      +Media Members Federal Credit Union,    801 Market Street,    Philadelphia, PA 19107-3126
518592622       NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, S.C. 29603-0826
518491222      +PA Department of Revenue,    Bureau of Compliance,    Lien Section,    Harrisburg, PA 17128-0001
518579534      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
518565321      +Philadelphia Gas Works,    800 W. Montgomery Ave,    Philadelphia PA 19122-2898
518491224      +Philadelphia Water Department,    7505 N. 21st Street,    Philadelphia, PA 19138-2210
518491225      +Philadelphia Water Department,    8535 Michener Avenue,    Philadelphia, PA 19150-1601
518491226      +Pnc Bank,    103 Bellevue Pkwy,    Wilmington, DE 19809-3701
518491227      +Receivable Management Corp,    400 West Cummings Park, Ste #4450,    Woburn, MA 01801-6594
518491228      +Shellpoint,    75 Beattie Pl Ste 300,    Greenville, SC 29601-2138
518491229      +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
518575311      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518512750      +Square Capital,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 19253,
                 Minneapolis, MN 55419-0253
518491230      +Square Capital, LLC,    1425 Market Street, Suite 600,    San Francisco, CA 94103-1308
518491231      +Sun National Bank,    226 Landis Av,    Vineland, NJ 08360-8142
518491232      +Sunrise Credit Services,    260 Airport Plaza-Po Box 9100,    Farmingdale, NY 11735-9100
518491234     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
518491235      +Westgate Vacation Villas Owners Assoc.,    2801 Old Winter Gardens Road,    Ocoee, FL 34761-2965
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 22 2020 00:56:33     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 22 2020 00:56:28     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518491192      +E-mail/Text: account.services@apexbank.com Aug 22 2020 00:57:24     Apex Bank,    PO Box 549,
                 Camden, TN 38320-0549
518523634       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 22 2020 01:06:52     CACH, LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518491203      +E-mail/Text: bankruptcy@philapark.org Aug 22 2020 00:57:21     City of Philadelphia,
                 PO Box 41818,    Philadelphia, PA 19101-1818
518491204      +E-mail/Text: bankruptcy@philapark.org Aug 22 2020 00:57:21     City of Philadelphia,
                 Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
518491209      +E-mail/PDF: pa_dc_ed@navient.com Aug 22 2020 01:04:17     Dept Of Ed/navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
518504152      +E-mail/Text: bankruptcy@philapark.org Aug 22 2020 00:57:22     Philadelphia Parking Authority,
                 701 Market St,    Suite 5400,    Philadelphia PA 19106-2895
518491223      +E-mail/Text: bankruptcy@philapark.org Aug 22 2020 00:57:21     Philadelphia Parking Authority,
                 3101 Market Street,    Philadelphia, PA 19104-2806
518491233      +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2020 01:04:04     Syncb/care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
518493535      +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2020 01:04:07     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518516214      +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov Aug 22 2020 01:06:39     US Department of HUD,
                 451 7th Street SW,    Washington DC 20410-0001
                                                                                               TOTAL: 12
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518491214        Economic Opportuniti
518491216        Enterprise Center Capi
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Aug 21, 2020
                               Form ID: pdf901          Total Noticed: 40

518491197*      +City of Pennsylvania,   Parking Violations Branch,   P.O. Box 41818,
                  Philadelphia, PA 19101-1818
518491198*      +City of Pennsylvania,   Parking Violations Branch,   P.O. Box 41818,
                  Philadelphia, PA 19101-1818
518491199*      +City of Pennsylvania,   Parking Violations Branch,   P.O. Box 41818,
                  Philadelphia, PA 19101-1818
518491200*      +City of Pennsylvania,   Parking Violations Branch,   P.O. Box 41818,
                  Philadelphia, PA 19101-1818
518491201*      +City of Pennsylvania,   Parking Violations Branch,   P.O. Box 41818,
                  Philadelphia, PA 19101-1818
518491202*      +City of Pennsylvania,   Parking Violations Branch,   P.O. Box 41818,
                  Philadelphia, PA 19101-1818
518491205*      +City of Philadelphia,   Parking Violations Branch,   PO Box 41819,
                  Philadelphia, PA 19101-1819
518491206*      +City of Philadelphia,   Parking Violations Branch,   PO Box 41819,
                  Philadelphia, PA 19101-1819
518491207*      +City of Philadelphia,   Parking Violations Branch,   PO Box 41819,
                  Philadelphia, PA 19101-1819
518491208*      +City of Philadelphia,   Parking Violations Branch,   PO Box 41819,
                  Philadelphia, PA 19101-1819
518491210*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
518491211*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
518491212*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
518491213*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
518491218*      +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
518491219*      +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
                                                                    TOTALS: 2, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as
               servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the
               Certificateholders of CWALT, Inc., Alternative Loan Trust 2007- eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Georgette  Miller    on behalf of Debtor Florence M Churchill bky@margolisedelstein.com,
               georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@no
               tify.bestcase.com;GNonnenberg@margolisedelstein.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing, LLC
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```