Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                                       Case No.: 19–28718–JNP
                                                       Chapter: 13
                                                       Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Florence M Churchill
    320 Byron Court
    Sicklerville, NJ 08081

Social Security No.:
    xxx–xx–3220

Employer's Tax I.D. No.:

## NOTICE OF HEARING

      NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                 April 16, 2021
Time:               10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*49* – Certification in Opposition to (related document:47 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 03/2/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Georgette Miller on behalf of Florence M Churchill. (Miller, Georgette)

and transact such other business as may properly come before the meeting.

Dated: March 3, 2021
JAN: kaj

                                                                                                  Jeanne Naughton
                                                                                                  Clerk