Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−28718−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Florence M Churchill
   320 Byron Court
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−3220

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/21/21.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 21, 2021
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Florence M Churchill  
Debtor

Case No. 19-28718-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: May 21, 2021     Form ID: 148     Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Florence M Churchill, 320 Byron Court, Sicklerville, NJ 08081-1122 |
| 518599027 | + | Apex Bank, 430 Montbrook Lane , Suite 207-208, Knoxvillle TN 37919-2715 |
| 518491196 | + | City of Pennsylvania, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 518491195 | + | City of Pennsylvania, Parking Violations Branch, P.O. Box 56048, Philadelphia, PA 19130-6048 |
| 518491215 | + | Eisner and Fowler, 76 Euclid Ave, Suite 101, Haddonfield, NJ 08033-2334 |
| 518567207 | + | Elizabeth K. Holdren, Esq., Hill Wallack, LLP, 21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226 |
| 518491217 | + | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 518491220 | + | Housing and Urban Development, c/o C&L Service Corp., 2488 E. 81st St, Suite #700, Tulsa, OK 74137-4267 |
| 518491221 | + | Media Members Federal Credit Union, 801 Market Street, Philadelphia, PA 19107-3126 |
| 518592622 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, S.C. 29603-0826 |
| 518491222 | + | PA Department of Revenue, Bureau of Compliance, Lien Section, Harrisburg, PA 17128-0001 |
| 518565321 | + | Philadelphia Gas Works, 800 W. Montgomery Ave, Philadelphia PA 19122-2898 |
| 518491225 | + | Philadelphia Water Department, 8535 Michener Avenue, Philadelphia, PA 19150-1601 |
| 518491224 | + | Philadelphia Water Department, 7505 N. 21st Street, Philadelphia, PA 19138-2210 |
| 518491226 | + | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |
| 518491227 | + | Receivable Management Corp, 400 West Cummings Park, Ste #4450, Woburn, MA 01801-6594 |
| 518491228 | + | Shellpoint, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 518981002 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518491229 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518512750 | + | Square Capital, c/o RMS Bankruptcy Recovery Services, P.O. Box 19253, Minneapolis, MN 55419-0253 |
| 518491230 | + | Square Capital, LLC, 1425 Market Street, Suite 600, San Francisco, CA 94103-1308 |
| 518491231 | + | Sun National Bank, 226 Landis Av, Vineland, NJ 08360-8142 |
| 518491232 | + | Sunrise Credit Services, 260 Airport Plaza-Po Box 9100, Farmingdale, NY 11735-9100 |
| 518491235 | + | Westgate Vacation Villas Owners Assoc., 2801 Old Winter Gardens Road, Ocoee, FL 34761-2965 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 21 2021 21:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 21 2021 21:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518491192 | + | Email/Text: account.services@apexbank.com | May 21 2021 21:37:00 | Apex Bank, PO Box 549, Camden, TN 38320-0549 |
| 518491193 | | EDI: BANKAMER.COM | May 22 2021 00:33:00 | Bank of America, PO Box 15026, Wilmington, DE 19850-5026 |
| 518491194 | + | EDI: BANKAMER.COM | May 22 2021 00:33:00 | Bk Of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 518523634 | | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2021 21:56:04 | CACH, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518491203 | + | Email/Text: bankruptcy@philapark.org | May 21 2021 21:37:00 | City of Philadelphia, PO Box 41818, |

Case 19-28718-JNP   Doc 53   Filed 05/23/21   Entered 05/24/21 00:17:53   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 21, 2021 | Form ID: 148 | Total Noticed: 40 |

| 518491204 | + Email/Text: bankruptcy@philapark.org | May 21 2021 21:37:00 | Philadelphia, PA 19101-1818<br>City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| --- | --- | --- | --- |
| 518491209 | + EDI: NAVIENTFKASMDOE.COM | May 22 2021 00:33:00 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 518579534 | Email/Text: Bankruptcy.Notices@pnc.com | May 21 2021 21:34:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 518491223 | + Email/Text: bankruptcy@philapark.org | May 21 2021 21:37:00 | Philadelphia Parking Authority, 3101 Market Street, Philadelphia, PA 19104-2806 |
| 518504152 | + Email/Text: bankruptcy@philapark.org | May 21 2021 21:37:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia PA 19106-2895 |
| 518491233 | + EDI: RMSC.COM | May 22 2021 00:33:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518493535 | + EDI: RMSC.COM | May 22 2021 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518516214 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 21 2021 21:55:53 | US Department of HUD, 451 7th Street SW, Washington DC 20410-0001 |
| 518491234 | EDI: WFFC.COM | May 22 2021 00:33:00 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 518491214 | | Economic Opportuniti |
| 518491216 | | Enterprise Center Capi |
| 518491197 | *+ | City of Pennsylvania, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 518491198 | *+ | City of Pennsylvania, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 518491199 | *+ | City of Pennsylvania, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 518491200 | *+ | City of Pennsylvania, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 518491201 | *+ | City of Pennsylvania, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 518491202 | *+ | City of Pennsylvania, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 518491205 | *+ | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 518491206 | *+ | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 518491207 | *+ | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 518491208 | *+ | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 518491210 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 518491211 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 518491212 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 518491213 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 518491218 | *+ | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 518491219 | *+ | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 518575311 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 2 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2021                           Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT Inc., Alternative Loan Trust 2007- eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com |
| Georgette Miller | on behalf of Debtor Florence M Churchill csmith@margolisedelstein.com;GNonnenberg@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Specialized Loan Servicing LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8